Ronald E. Stadtmueller, Chapter 13 Trustee　　　　　　　　　Check No. 699475  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-11016 | 013-0 | GEORGE WATCKIN COWARD JR<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx6984 | 693.78 | 30.73 | 0.00 | 30.73 |
| 04-11198 | 009-0 | ANTHONY L COLVIN<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx8690 | 895.37 | 20.00 | 0.00 | 20.00 |
| 04-11617 | 012-0 | PAMELA J SLAYTON<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx7377 | 1,848.82 | 32.86 | 0.00 | 32.86 |
| 04-11617 | 013-0 | PAMELA J SLAYTON<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx8907 | 2,789.04 | 49.57 | 0.00 | 49.57 |
| 04-11622 | 012-0 | VANDIE LINDSEY SMITH JR<br>Original Check written to:<br>FIRST BANK OF DELAWARE<br>C/O CHECK 'N GO, LOAN SERVICER<br>5155 FINANCIAL WAY<br>MASON, OH  45040 | xxxxxxx3210 | 200.14 | 203.01 | 0.00 | 203.01 |
| 04-11872 | 003-0 | IDA FRANCES MCBRIDE<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxxx8854 | 466.74 | 105.59 | 0.00 | 105.59 |
| 05-11280 | 007-0 | JOHN H GRIGSBY<br>Original Check written to:<br>TEXAS GUARANTEED STUDENT LOAN<br>P O BOX 201725<br>AUSTIN, TX  78720-1725 | xxxxxxx4537 | 26,777.47 | 39.40 | 0.00 | 39.40 |